IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL JANESKI, :
    Petitioner :
: No. 1:17-cr-00016
v. :
: (Judge Kane)
UNITED STATES OF AMERICA, :
    Respondent :
:

# ORDER

**AND NOW**, on this 12th day of May 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Michael Janeski's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 43), as supplemented by his Amended Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 69), is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil case number 1:18-cv-1594.


                s/ Yvette Kane
                Yvette Kane, District Judge
                United States District Court
                Middle District of Pennsylvania